NUMBER 13-03-307-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


ERNESTO SILVA, Appellant,


v.



ERMELINDA SALAS, Appellee.

________________________________________________________________


On appeal from the 206th District Court


of Hidalgo County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Castillo


Opinion Per Curiam


 Appellant, ERNESTO SILVA, perfected an appeal from a judgment entered by
the 206th District Court of Hidalgo County, Texas, in cause number C-843-02-D. 
After the record and briefs were filed and after the cause was set for submission,
appellant filed an unopposed motion to dismiss the appeal. In the motion, appellant
states that the parties have entered into a Rule 11 agreement and that the issues
raised in this interlocutory appeal have been rendered moot. Appellant requests that
this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant's unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 11th day of September, 2003.